# EXHIBIT B

# (Letters of Recommendation)

Fwd: K LETTER

From: kevin reddington (kevinreddington@msn.com)

To: lmather13@yahoo.com

Date: Monday, June 29, 2020, 07:04 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Briana Witherspoon <bwithersp@massasoit.edu>
> **Date:** June 29, 2020 at 11:23:00 AM EDT
> **To:** kevin reddington <kevinreddington@msn.com>
> **Subject:Fwd: K LETTER**

Sent from my iPhone

Begin forwarded message:

> **From:** julio gamboa <julio.gamboa27@yahoo.com>
> **Date:** June 29, 2020 at 11:14:45 AM EDT
> **To:** bwithersp@massasoit.edu
> **Subject:Fwd: K LETTER**

Sent from my iPhone

Begin forwarded message:

> **From:** Romilda Pereira <romilda1128@gmail.com>
> **Date:** June 29, 2020 at 11:09:18 AM EDT
> **To:** julio.gamboa27@yahoo.com
> **Subject:K LETTER**

June

29, 2020

Dear Honorable Judge:

I

am the founder of Rose from Concrete (rfc) a nonprofit

organization in Dorchester, MA. Rose from Concrete is a program that provides leadership development, resource referral, education, and job skills to court-involved youth in Greater Boston.
The goal is to provide young people with education and resources to actively work for social change.  RfC is a weekly leadership group that serves young men and women ages 14-30 who are court-involved or have been involved with the criminal justice system.

RfC's approach is to use the young people's hands-on knowledge of the juvenile justice system as a spring-board to develop youth leadership skills. We help provide an opportunity to heal their anger and frustration, access to educational resources, leadership skills, and help realizing their personal and community power by finding their social, political, and personal identities.

Kelvin Barros has been a great help and addition to our organization. We can always count on him to support and mentor our youth. Being a great leader from our community he is very successful at what he does. The youth love him and says "he's like a big brother who understands and can relate to us". This past December Kelvin organized a community toy drive held for less fortunate families in Dorchester, MA. In the summer of 2019 alongside me he organized and played in a basketball tournament with Boston Police Dept vs the Neighborhood in efforts to bridge the gap between community police officers and the community. That same summer he also organized with other community members a community block party against violence on Norton Street in Dorchester, MA. The broug

ht out the BPD Community Engagement Deputy Superintendent, Nora Baston and other community officers and BPD ice cream truck. They provide a safe and fun place for the kids to play, free food, music and tons of activities to bring the residents of that neighborhood together.

I had the pleasure of meeting Kelvin Barros 3 years ago in the community while working for the City of Boston Mayor's office. He has come a long way since then. He is connected to a couple city entities responsible for supporting Kelvin and helping him make positive change. Some of those same entities made him tons of broken promises and possibly failed him. When this happens in our communities hope is lost and trust is broken. Me. Barros is a great young man with a bright future. I believe with the right guidance and coined positive work he would be a great productive member of this community. I vow to continue to work with Kelvin and support him with the proper resources and opportunities.

Opportunities and support are limitless at our new organization and we would love to continue to work with Kelvion Barros. We would love to offer Kelvin Barros a position with our organization in  the future. He is a great asset to our youth.

If
you have any questions in regards to this letter or Kelvin Barros
please feel free to contact me personally at (617)363-6380.

Thank
You,

Romilda
Pereira

 A SOLUTION BY 

Dear Honorable Judge:

**BOARD OF DIRECTORS**

**Mike O'Toole,** *Chair*
PJA Advertising &
Marketing

**Orin Gutlerner,** *Vice Chair*
Shah Family Foundation

**William Darling,** *Treasurer*
Woodstock Corporation

**David Guadagnoli,** *Assistant Clerk*
Sullivan & Worcester, LLP

**Paul Connolly**
Retired, Federal Reserve
Bank of Boston

**Paul Francisco**
State Street

**Michael Frieze**
Gordon Brothers

**Michael Kennedy**
Lee Kennedy Company, Inc

**Mary Jo Meisner**

**Jim McDonough**

**Lebone Moses**
Chisara Ventures, Inc

**Elizabeth Najjar**
Operations & Management
Consultant

**Rachel Rock**
Social Entrepreneur

**Simon Taylor**
HYCU, Inc

**Tom O'Donnell**
City of Boston

My name is Francisco DePina, I am a College Readiness Advisor at College Bound Dorchester's Boston Uncornered initiative. Boston Uncornered redirects the entrepreneurial, networking and leadership skills of gang involved youth (we call Core Influencers) from violence and incarceration to obtain a college credential and family-sustaining wage—driving positive change in our neighborhoods. With the skills and opportunities to turn away from the "street corners" for good, we empower Core Influencers to use their influence, leadership abilities and networks to shift social norms in the neighborhoods—decreasing crime and increasing educational attainment and employment for all.

I've been working with Kelvin Barros for the past two years. I've been supporting Kelvin with his education and his next steps. He is interested and applying to the Berkeley School of Music and Mass Bay music engineering program. Kelvin is extremely talented and with the onious mentorship and support he will do great things in his community. College Bound Dorchester will continue to work with Kelvin if returned back to his community. As his CRA I sat with Kelvin and created goals utilizing the smart tool model. I also encourage Kelvin Barros to continue to work with other outside agencies he is connected with.

I am advocating and look forward to Kelvin returning to his community and to continue the positive work and road ahead of him.

Respectfully Submitted,

Francisco DePina



**222 Bowdoin Street □ Dorchester, MA 02122 □ tel: 617.944.1086 □ fax: 617.410.9968 □**
**www.uncornered.org**

Fwd:

From: kevin reddington (kevinreddington@msn.com)

To: lmather13@yahoo.com

Date: Monday, June 29, 2020, 12:50 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Briana Witherspoon <bwithersp@massasoit.edu>
> **Date:** June 29, 2020 at 11:39:51 AM EDT
> **To:** kevin reddington <kevinreddington@msn.com>
> **Subject:Fwd:**

Sent from my iPhone

Begin forwarded message:

> **From:** julio gamboa <julio.gamboa27@yahoo.com>
> **Date:** June 29, 2020 at 11:38:27 AM EDT
> **To:** bwithersp@massasoit.edu
> **Subject:Fwd:**

Sent from my iPhone

Begin forwarded message:

> **From:** Romilda Pereira <romilda1128@gmail.com>
> **Date:** June 29, 2020 at 11:31:03 AM EDT
> **To:** julio.gamboa27@yahoo.com

January 28, 2020

To Whom it May Concern:

This is a letter of support for Kelvin Barros. We are in full support of Kelvin remaining in our community until this matter has come to a conclusion so that he can remain productive and successful within his community.
Rose from Concrete is a community organization dedicated to supporting young men and women affected by parental incarceration, gun violence, and using the peoples hands on

experience to make change in Boston. In 2018, I met Kelvin while he was in omne of our school to prison pipeline workshops. He participated in our summer program and engaged in advocacy work with us afterward. We recently reconnected with Kelvin upon her release from county jail.

Since knowing Kelvin, our staff has been impressed and inspired by his strength, kindness,resilience, and thoughtfulness. We know him to be eloquent and persistent. Kelvin is a compassionate and understanding young man who doesn't judge others. We have witnessed Kelvin's intellectual curiosity, charisma, and drive to change the conditions of his community lead him on a path of healing, introspection and admirable leadership.

We are proud to have Kelvin as a member of our organization. He has courageously
shared his experiences of being formerly incarcerated, losing loved ones to gun violence and the ways it has affected his young adulthood. Kelvin has continued his advocacy in many ways, including his involvement in our documentary short which focuses on the stories of young women and women affected by violence and incarceration in Boston. We know that violence and parental incarceration has been recognized as an adverse childhood experience and we work to break the cycles of incarceration among our youth. We write to urge the court to consider Kelvin Baroos's history of trauma, which he is working hard to address and overcome.

Despite having to face much adversity throughout his young adulthood, he's managed
to carry an unwavering strength and remain dedicated to improving his life as well as working on his personal and professional goals. Rose from Concrete and our network of community partners can continue to support him along his path towards building a healthy, happy life.

We see Kelvin as a compassionate leader who is deeply driven to not only change his
circumstances but also uplift and empower all those he comes in contact with. We are looking forward to having Kelvin be a positive role model for our youth at our program. Through the obstacles and setbacks, Kelvin has worked on himself and is committed to being successful at home in the community. He deserves this chance. We hope you will consider this for Kelvin Barros.
Thank you for your consideration,

Janice Rosario
Rose from Concrete Project

June 29, 2020

To whom it may concern,


My name is Allen Correia, I am the uncle of Kelvin Barros. I speak from my opinion and as his uncle. Kelvin has always been a very respectful and caring young man. The Kelvin that I know would literally give the shirt off his back. I look at Kelvin as if he was my own son and that will never change. Kelvin comes from a very caring and supportive family.

When Kelvin is not at the studio doing what he loves, making music. He spends time with me at my auto body shop. Kelvin helps out with maintenance around the shop and cleaning cars.


Sincerely

Allen Correia

Fwd: Letter about Kalvin's character

From:  kevin reddington (kevinreddington@msn.com)

To:      lmather13@yahoo.com

Date:  Thursday, June 25, 2020, 08:55 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Tony Fonseca <tfbarros8@gmail.com>
> **Date:** June 25, 2020 at 8:40:57 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Letter about Kalvin's character**



My cousin Kalvin Barros has always been more of a big brother to me than a cousin. He
would even always refer to me as "Lil' Bro", short for "Little Brother".  He is the one who

inspired me to begin playing soccer. Even though he played Football and even though he pushed me to play Football, I fell in love with soccer. He still supported me too. Ever since I was young, Kalvin would always look out for me. When I would go over he would check in on how I was doing and let me know that if I ever had anything on my mind that I should talk to him and I would take him up on that offer from time to time. He would always listen and help me find a resolve to whatever issue I was dealing with, he would almost always give me advice. He would tell me "Stay out of the mix, stay in school, don't go broke trying to impress females". We would joke around like that too, Kalvin could have made it as a comedian if he wanted to. He would also always give away his clothes to me. I remember one time he gave me a fresh pair of barely worn $200 Jordans and Nike Foamposite sneakers. I still have those Jordans to this day. Another time he gave me a bunch of his sweaters and hats, and he would always do this. Throughout middle school, a good majority of my wardrobe came from Kalvin. It wasn't because I was poor or anything but simply he was just looking out for his little cousin and making sure he was dressed head to toe in the coolest threads. These items weren't cheap either, they were named brands in near perfect condition that cost a pretty penny. Once Kalvin moved and I started seeing less of him, he would still call and check up on me. We would talk about his music and how school and sports was going for me. We were both each other's biggest supporters. I told him how his music began creating waves around Boston and that I was extremely proud that he was beginning to live his dream as a music artist. It seemed like it was just yesterday that we would be chilling on the couch playing Modern Warfare while he would talk about where we would want to be in life ten years from now. I hope this letter finds the reader well and provides insight to the type of person Kalvin is.


Sincerely,


Tony Fonseca

To whom it may concern,

Hello, my name is Cole Shea, a music video director and editor. I work with musical artists from many backgrounds from around the New England area. I am writing to you today as a vouch for 7981 Kal. Kal and I have been recording music videos for about the last six months and they have been some of the most successful and meaningful shoots I have ever had the pleasure of being a part of. Being such a down to earth, genuine, and polite person Kal is, I truly believe it is very important for Kal to be released. Kal isn't simply a "rapper," he is an entrepreneur, role model, and voice for the youth of Boston. Someone who is truly looked up upon. Given his incredible amount of success, 7981 Kal is one of the largest hip hop artists to ever come from New England. It is very important that Kal and I continue to work and inspire the youth from around the region who are interested in pursuing music as their career. I hope this finds you well, and I truly cannot wait for Kal to continue to build his legacy in Boston, as many of these kids growing up don't have role models as successful and talented as 7981 Kal.

If you have any questions or concerns, please send me an email at dark.sight.booking@gmail.com.

Sincerely,

Cole Shea

60 Michigan Ave

Manchester, NH

03104

Fwd: arielle's letter for kelvin

From:  kevin reddington (kevinreddington@msn.com)

To:    lmather13@yahoo.com

Date:  Saturday, June 27, 2020, 07:02 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Ari <arielle.correia001@gmail.com>
> **Date:** June 27, 2020 at 6:22:47 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Fwd:  arielle's letter for kelvin**

---------- Forwarded message ---------
From: **Ari**<arielle.correia001@gmail.com>
Date: Sat, Jun 27, 2020 at 12:04 PM
Subject: arielle's letter for kelvin
To: <lilianacorreia@yahoo.com>

June 27,2019

To whom this may concern:

I've known Kelvin Correia Barros my whole life. He is my first cousin, not only does he play the role as my first cousin but he is a super "uncle" to both of my children ages five and four. I was fortunate to live with Kelvin for many years and watch him blossom into the person he is today. His talent never seizes to amaze me. With proper guidance and growth I am confident he will be beneficial to his community.

I understand that his music may not portray what I've described above. But, I reassure you that he is thee most gentle and most helpful human being. His love and compassion for music is merely just art. It's unfortunate the circumstances that are given in the small community of Dorchester, many children witness horrible acts at a young fragile age creating trauma. I believe at this time we need to unite and help advocate these young voices. Kelvin is very influential. Many kids scream his name or ask for a picture. I forsee him being the voice and lending help for his community.

Kelvin plays a vital role in my childrens lives. He's very active in their well being and provides care when I report to the military. As a single mother I'm not always able to afford childcare for my demanding career in the healthcare and department of defense. He's an asset in our family. He's endured many hardships but continues to be resilient and successful.

Kelvin is intelligent, capable, and dedicated. Over the years, he's shown an impeccable growth and determination to deviate and help children who come from struggle beginnings all in

silence. He's donated and on many occasions have helped people in difficult circumstances. For example, this past Christmas he used profits from his career and donated many gifts to children in need.

In conclusion, I beg that you see how much he means to us. I urge for you to see more than what has been given you to read. Get to know Kelvin, his thoughts, his motivation and goals. You too will see the impeccable young man he is.


Best Regards,
Arielle Correia

To Whom It May Concern,

My name is Melanie Tavares, I am 27 years old. I am a graduate of Johnson and Wales University and have a Bachelor's Degree in Business Management/Phycology. After graduating from college I moved to Tampa, Florida and began to pursue my career in the field of Business Management. I am currently an Office Manager for the largest and most successful Construction Company in the world. Furthermore I am writing on behalf my first cousin Kelvin Barros. Kelvin and I have been knowing each other our entire lives given the fact that we were raised together.

I understand that my cousin has made bad decisions in the past that have negatively affected him as well as others and has resulted him to be in prison. He is very remorseful of his past and is desired to be a healthy citizen, contributing to the community and his family. My family and I pray for Kelvin each day and strongly believe that he is a changed person.

Kelvin has recently lost a cousin, whom is my brother and has tremendously took a turn in life. He is much better focused in his music career and is successfully advancing. Although Kelvin has had situations in the past I've personally never seen someone come out of the street life and progress as far as Kelvin has. Kelvin is the next up in Boston he is nearly famous – and he understands this is a huge opportunity for him and he is doing everything he can to continue building his self as well as brand/name. He has shifted has focus 100% towards his music.

Aside from music Kelvin is a good person, he is a very loving, kind hearted and genuine person. Since losing my brother Kelvin has stepped up and has become very involved in my nieces life. He is the brother I no longer have. He is very supportive and has been a shoulder for myself, mother, father and sister.

All in all Kelvin deserves an opportunity to prove that he is a changed individual and is focused on building his career. If Kelvin is granted releasement he has a large family who is prepared to give him all the love and support he needs and deserves to ensure that he does not return to prison or a negative lifestyle.  Your time is highly appreciated, I thank you for your time.

Warm Regards,

Melanie Tavares

Dylan Ramjattan
1420 Mott Ave
Far Rockaway NY, 11691

To whom it may concern,

My name is Dylan Ramjattan and I am one of Kals producers. We've been working together for almost two years now and he is one of my main artists to work with. Kal shows an enormous amount of love and support towards my career and he had always looked out for me. Kal even made it possible for me to be who I am because he took me as one of his own and never gave up on me. He is a person of integrity who does excellent for his community in various ways. For example, last Christmas Kal organized a toy drive which turned out to be successful and made many faces happy. It is extremely important for Kal to be released because the city of Boston needs him. He is a role model for the people who struggled and for the people who are currently struggling. His music is to motivate others to get up and be great. I look at Kal as if he was my own uncle even though we aren't related, but the relationship is that strong. Kal is an incredible person overall and we need more of him in our communities.

Sincerely,
Dylan Ramjattan

6/26/20

To whom it may concern :

Kelvin Barros is not only an entertainer through his music, but a respectful man whose personality gains the room's attention. He's always helping someone in need and making sure they're doing okay. As my older cousin I know I could go to him for advice and he'll tell me what I need to hear. As a female I need male figures to guide me in life and put me on a good path and he is someone I know that will always do just that. I now live in Florida but when I'm home on vacation he always finds a way to come see his little cousins and family who mean the whole world to him. The lyrics in his music doesn't define him as a person in any way. The things you hear in his music is what this generation wants to hear today. Actions speak louder than words and the things Kelvin has done proves that. He's visited schools for kids, charity events, and much more. Even if he comes from a negative place, people in his city can relate to him. If anyone is going to make it a better place it's him. I miss him so much and there is never a day I'm not thinking about how he's doing.

Thank you for your time,
Sincerely Allanah Mendes-Oliveira

Fwd: Kelvin Barros Character Letter

From: kevin reddington (kevinreddington@msn.com)

To: lmather13@yahoo.com

Date: Sunday, June 28, 2020, 04:43 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** ashley tavares <ashlet1124@gmail.com>
> **Date:** June 28, 2020 at 4:34:26 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:** Kelvin Barros Character Letter

My name is Ashley Tavares-Nascimento I am one of Kelvin's older cousin's. I remember the day Kelvin was born on Thanksgiving the day after my birthday. He came into the world and put a smile on our entire family's face. Kelvin has always been the life of our family gatherings with his joking personality always making the family laugh. He is selfless and always making a way to spend time with the younger generation. Kelvin is kind and loving he donated and had a toy drive for the children of Dorchester this past Christmas. He has been working hard on his music and his entertainment career.

To Whom It May Concern,

I'm writing this letter in regards to Kelvin Barros. I know him as Kal, or my friend. As a music engineer who's worked with dozens of thousands of kids in Boston the last five years, it's my hope to try to offer an alternative perspective about someone who is truly special to this community and a positive and transformative figure in Boston music.

I struggle navigating how to promote my clients' music and give a nod to their often exceptional character while speaking out against violence and wanting to set a good example for so many young kids that look up to me. The more invested and a part of my artists' lives I become, the more I understand that if you don't come from privilege in Dorchester or Boston or Mass or the US, you are subject to live differently, to have to protect yourself, and make really difficult choices about your identity early on based on your address or your family history. When he is working Kal is one of the kindest and most gentle-souled people I've ever had despite being one of the most high profile. I know that without thought Kal always looks to do what's right and takes care of his own, that he has a mind for work, and I also know that he's been forced to survive and be a leader in the only way he's been shown how.

With circumstances finally in his favor I think Kal could be the key to change in the culture of music in Boston. His charisma and destiny for stardom is so beyond doubt that it pains me to think of him not able to work on his craft. He's amassed such an enormous and authentic platform with his hard work, which I can tell you in this day and age is so unbelievably rare. Because Kal is real. Is it possible to have him use this quality to do good? Because if not, it will be different, younger people that will step up and fill in his shoes. That is enough to make me want to break down.

I know that this kid is worth giving a chance to be home and safe with his lung condition and to be making music. He could be the key to show a different way or to illustrate the consequences for living a life in gangs. His talent is once in a lifetime. Plain and simple he has the kids' ears and could construct a new path for them if given the chance.

Thank you for your consideration,

Sincerely,

Alex Kohn,
Suitcase the Studio

To whom it may concern,

My name is Briana Witherspoon and I am the girlfriend of Kelvin Barros. I am 24 years old and a 2019 college graduate of Bridgewater State University. I have been with Kelvin for about four years now. Kelvin is a young man who cares for his family and goes above and beyond to make sure that they are well taken care of. He is a talented, up and coming artist who works extremely hard on his music. He aspires to be one of the best rap artists in the industry, while attending the studio almost every day. Through his numerous streams and live performances/shows, he is able to provide for his family, and also help me out from time to time with certain finances. He is an amazing boyfriend who never fails in pushing me every day to become the best person I could possibly be. While attending college at Bridgewater State University, Kelvin was constantly motivating me to focus solely on school and made sure I never gave up. Despite how others may paint him out to be, during my relationship with Kelvin, I have experienced an individual who never gives up on his goals, works hard, carries themselves in a polite manner, and is always putting others first. He is a family person who never fails to portray himself as a respectful young man. It is with great confidence that I recommend Kelvin as someone who, I truly believe, possess the character and judgement for betterment of our community. If he is given the chance to do so, I assure you he will not fail and will continue to stray on a positive path.

Sincerely,

Briana Witherspoon

Fwd: Letter for Kelvin Barross

From: kevin reddington (kevinreddington@msn.com)

To:  lmather13@yahoo.com

Date: Sunday, June 28, 2020, 05:44 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** liliana correia <lilianacorreia@yahoo.com>
> **Date:** June 28, 2020 at 4:51:00 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Letter for Kelvin Barross**
> **Reply-To:** "lilianacorreia@yahoo.com" <lilianacorreia@yahoo.com>

Dear Honor,

I am the mother to Kelvin Claudio Correia-Barros. I've re-wrote this letter about a hundred times trying to figure out how to properly describe my son without seeming biased. Without gloating on how special my son is. I understand how it's hard for you to see that based on his charges. I can only be truthful on my experiences with my son.

Since the moment he was born he's always been smart, outgoing, charismatic, and often-times very hard headed. When he has a goal nothing can stop him. He began his interest in music in elementary school. He often would have a notebook and wrote various poems/ rap. Like any other child in this neighborhood he was influenced by the upcoming rappers.

Growing up Kelvin went to private schools where he was very successful, in-fact he was an honor roll student. I always provided private transportation for my son to eliminate any chances of falling into the wrong paths. I am beyond horrified to hear his charges because this is not the son I know. Our relationship is rock solid. He is always present. We come from a big unified family.

At home, Kelvin, helps with his younger brother age 6. He's significant in his brothers life. Constantly doing things with him and teaching him things I simply couldn't afford nor had the knowledge of. He brought his brother to Disney World and cruises to different islands. His younger brother has been exposed to things, I simply could have done without Kelvin. Regular zoo trips, aquariums etc. He helps me with daily routine whether it's paying bills, reading a letter or understanding. He's my best friend. I couldn't imagine my life without him.

As you can imagine Kelvin and I have a very close knit relationship. I know I'm supposed to be the parent and teach but this son of mine has become incredible. Given the circumstances that he's been given he always seems to over power and continue to move through any given obstacle.

I pray that you hold mercy on his life. I pray
Sincerely,
Liliana Correia Barros
Sent from Yahoo Mail on Android

Fwd: Letter to Kelvin

From:  kevin reddington (kevinreddington@msn.com)

To:    lmather13@yahoo.com

Date:  Sunday, June 28, 2020, 05:44 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** lauren vieira <laurenpvieira@gmail.com>
> **Date:** June 28, 2020 at 4:50:39 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Letter to Kelvin**

Dear honor

Hello I wanted to write to you about my cousin I wanted to let you guys know he's a great person his parents are great parents and he has supportive family members that loves him so much I'm one of them as well . Kelvin is a great person. I've seen him change from a kid to a man . He loves is family and he's always there for them . He always makes me laugh and when I'm down he's always there to listen when ever he can . He's also caring and genuine and honest when it comes to advices and protective to his loved ones . He's intelligent and smart . I've done seen kevlin change his life around and I am forever proud of him . He made it so far with his  Music  career I always tell people that's my cousin and I'm never afraid to say it because I know he always wanted to become an aviation technician and he's a great musician as well! He was always willing to encourage others to help others . He loved sports he also participated in football when he was in high school . He is also a very good listener and he loved joking around with his family and friends . He is a family man and he loves his family  . He has a six year old  younger brother who depends on him he's a great role model to him . He also surrounded around his nephew and nieces .

I will always love him no matter what and I pray he's safe and I'm hopefully that he comes home for a better life . We live  him very much

Sincerely,

Lauren "Lorenie" Vieira

Fwd: Letter for Kelvin Barros

From: kevin reddington (kevinreddington@msn.com)

To: lmather13@yahoo.com

Date: Monday, June 29, 2020, 08:51 AM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Marcia Vieira <sayandshiv@gmail.com>
> **Date:** June 29, 2020 at 4:32:53 AM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Letter for Kelvin Barros**
>
> My name is Lenira Santos, I've known Kelvin and his family for over 10 years. Kelvin truly has an amazing personality, friendly and polite. Kelvin is also an achiever, always reaching for the stars. But mostly, Kelvin is very talented. Kelvin has a passion for music. That's always been his main focus. He also always been a family man where when he walks in the door just his smile brightens up a whole room. Kelvin has a lot going for himself and is definitely a go-gotta and I know that he will reach all that he desires, REAL SOON as his talents are amazing
>
> Sincerely,
> Lenira Santos

Sent from my iPhone

Fwd: Kelvin Barros

From:  kevin reddington (kevinreddington@msn.com)

To:    lmather13@yahoo.com

Date:  Monday, June 29, 2020, 08:52 AM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** Aidie Barros <aidieb@hotmail.com>
> **Date:** June 28, 2020 at 10:06:02 PM EDT
> **To:** "Kevinreddington@msn.com" <Kevinreddington@msn.com>
> **Subject:Kelvin Barros**

Hello Mrs. Reddington

Hope you and your families are well.

My name is Aidie and I am Kelvin's aunt. I am a 39 year old women with one child. I have been in Kelvin's life since he was born and I love him from the bottom of my heart. Kelvin is a kind big hearted human being that loves his family and friends with his enormous heart. I can't stress enough how much he loves and respects his mother and his entire family. He comes from a great hard working and lovable family.

Kelvin was born and raised in Dorchester which is a very high crime neighborhood (gang, drugs and weapons etc.) not an easy neighborhood to raise your children, especially boys. Living and growing in Dorchester Kelvin deals with traumatic stress and witnessed couple of our family members Including friends and neighbors who has lost their lives to violence. Which is a big toll on him emotionally and physically. Kelvin decided to put his gifted talent towards music and started rapping. He became popular to social media and in his community. We are so proud of him.

In life we make mistakes and we shall learn from our mistakes although we know there are consequences. I believe in chances which he deserves another one. As his lawyer I know you are doing the best of your ability to defend and protect him.

Thank you Kindly
Aidie

Get Outlook for iOS

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Mon 6/29/2020 4:32 AM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

My name is Lenira Santos, I've known Kelvin and his family for over 10 years. Kelvin truly has an amazing personality, friendly and polite. Kelvin is also an achiever, always reaching for the stars. But mostly, Kelvin is very talented. Kelvin has a passion for music. That's always been his main focus. He also always been a family man where when he walks in the door just his smile brightens up a whole room. Kelvin has a lot going for himself and is definitely a go-gotta and I know that he will reach all that he desires, REAL SOON as his talents are amazing

Sincerely,
Lenira Santos

Sent from my iPhone

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Mon 6/29/2020 4:18 AM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

My name is Zayra Barros Depina cousin of Kelvin Barros. Kelvin is like a brother to me. He is a very polite and respectful man and even though he is a little older than me from time to time he would suddenly pick me up as being me to fun places. Kelvin has always been well loved from the family I remember a couple of years ago when I slept over his house and he was babysitting he, he made me ramen noodles and cheese one of my favorites till this day,
I still eat it. Kelvin is everything to our family he brings joy, laughter, love, Everyone thinks of him like there brother because how polite and kind he treats us

Sent from my iPhone

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Mon 6/29/2020 3:57 AM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

Kelvin is my first cousin and my god brother as well, a brother that I grew up with and even though I'm a little older than him our age difference never mattered, The memories that I share with Kelvin during our childhood until today is something that I will forever cherish, memories that are unremarkable. Kelvin grew up in a loving home which he grew up to be so loving and caring and absolutely very well mannered. When he comes around it's always a good time and all smiles, his energy is unmatched. Kelvin's talent for music is phenomenal and for the longest I can remember all he'd talk about how one day he will make it in the music industry. For the last couple of years his main focus has been music and he's come a long way and we the family, we the world know that Kelvin someday will be what he always dreamed of. My heart in whole hurts to see him in the position that he's in. He has a lot to lose

His loving Cousin,
Marcia Vieira

Sent from my iPhone

**Fwd: K LETTER**

Briana Witherspoon <bwithersp@massasoit.edu>
Mon 6/29/2020 11:23 AM
**To:** kevin reddington <kevinreddington@msn.com>

Sent from my iPhone

Begin forwarded message:

> **From:** julio gamboa <julio.gamboa27@yahoo.com>
> **Date:** June 29, 2020 at 11:14:45 AM EDT
> **To:** bwithersp@massasoit.edu
> **Subject: Fwd:  K LETTER**

Sent from my iPhone

Begin forwarded message:

> **From:** Romilda Pereira <romilda1128@gmail.com>
> **Date:** June 29, 2020 at 11:09:18 AM EDT
> **To:** julio.gamboa27@yahoo.com
> **Subject: K LETTER**

June 29, 2020

Dear Honorable Judge:

I am the founder of Rose from Concrete (rfc) a nonprofit organization in Dorchester, MA. Rose from Concrete is a program that provides leadership development, resource referral, education, and job skills to court-involved youth in Greater Boston.  The goal is to provide young people with education and resources to actively work for social change.  RfC is a weekly leadership group that serves young men and women ages 14-30 who are court-involved or have been involved with the criminal justice system.

RfC's approach is to use the young people's hands-on knowledge of the juvenile justice system as a spring-board to develop youth leadership skills. We help provide an opportunity to heal their anger and frustration, access to educational resources, leadership skills, and help realizing their personal and community power by finding their social, political, and personal identities.

Kelvin Barros has been a great help and addition to our organization. We can always count on him to support and mentor our youth. Being a great leader from our community he is very successful at what he does. The youth love him and says "he's like a big brother who understands and can relate to us". This past December Kelvin organized a community toy drive held for less fortunate families in Dorchester, MA. In the summer of 2019 alongside me he organized and played in a basketball tournament with Boston Police Dept vs the Neighborhood in efforts to bridge the gap between community police officers and the community. That same summer he also organized with other community members a community block party against violence on Norton Street in Dorchester, MA. The broug

ht out the BPD Community Engagement Deputy Superintendent, Nora Baston and other community officers and BPD ice cream truck. They provide a safe and fun place for the kids to play, free food, music and tons of activities to bring the residents of that neighborhood together.

I had the pleasure of meeting Kelvin Barros 3 years ago in the community while working for the City of Boston Mayor's office. He has come a long way since then. He is connected to a couple city entities responsible for supporting Kelvin and helping him make positive change. Some of those same entities made him tons of broken promises and possibly failed him. When this happens in our communities hope is lost and trust is broken. Me. Barros is a great young man with a bright future. I believe with the right guidance and coined positive work he would be a great productive member of this community. I vow to continue to work with Kelvin and support him with the proper resources and opportunities.

Opportunities and support are limitless at our new organization and we would love to continue to work with Kelvion Barros. We would love to offer Kelvin Barros a position with our organization in  the future. He is a great asset to our youth.

If you have any questions in regards to this letter or Kelvin Barros please feel free to contact me personally at (617)363-6380.

Thank You,

Romilda Pereira

**Fwd:**

Briana Witherspoon <bwithersp@massasoit.edu>
Mon 6/29/2020 11:39 AM
**To:** kevin reddington <kevinreddington@msn.com>

Sent from my iPhone

Begin forwarded message:

> **From:** julio gamboa <julio.gamboa27@yahoo.com>
> **Date:** June 29, 2020 at 11:38:27 AM EDT
> **To:** bwithersp@massasoit.edu
> **Subject: Fwd:**

Sent from my iPhone

Begin forwarded message:

> **From:** Romilda Pereira <romilda1128@gmail.com>
> **Date:** June 29, 2020 at 11:31:03 AM EDT
> **To:** julio.gamboa27@yahoo.com

January 28, 2020

To Whom it May Concern:

This is a letter of support for Kelvin Barros. We are in full support of Kelvin remaining in our community until this matter has come to a conclusion so that he can remain productive and successful within his community.
Rose from Concrete is a community organization dedicated to supporting young men and women affected by parental incarceration, gun violence, and using the peoples hands on experience to make change in Boston. In 2018, I met Kelvin while he was in omne of our school to prison pipeline workshops. He participated in our summer program and engaged in advocacy

work with us afterward. We recently reconnected with Kelvin upon her release from county jail.

Since knowing Kelvin, our staff has been impressed and inspired by his strength, kindness, resilience, and thoughtfulness. We know him to be eloquent and persistent. Kelvin is a compassionate and understanding young man who doesn't judge others. We have witnessed Kelvin's intellectual curiosity, charisma, and drive to change the conditions of his community lead him on a path of healing, introspection and admirable leadership.

We are proud to have Kelvin as a member of our organization. He has courageously
shared his experiences of being formerly incarcerated, losing loved ones to gun violence and the ways it has affected his young adulthood. Kelvin has continued his advocacy in many ways, including his involvement in our documentary short which focuses on the stories of young women and women affected by violence and incarceration in Boston. We know that violence and parental incarceration has been recognized as an adverse childhood experience and we work to break the cycles of incarceration among our youth. We write to urge the court to consider Kelvin Baroos's history of trauma, which he is working hard to address and overcome.

Despite having to face much adversity throughout his young adulthood, he's managed
to carry an unwavering strength and remain dedicated to improving his life as well as working on his personal and professional goals. Rose from Concrete and our network of community partners can continue to support him along his path towards building a healthy, happy life.

We see Kelvin as a compassionate leader who is deeply driven to not only change his
circumstances but also uplift and empower all those he comes in contact with. We are looking forward to having Kelvin be a positive role model for our youth at our program. Through the obstacles and setbacks, Kelvin has worked on himself and is committed to being successful at home in the community. He deserves this chance. We hope you will consider this for Kelvin Barros.

Thank you for your consideration,

Janice Rosario
Rose from Concrete Project

June 29, 2020

To whom it may concern,


My name is Allen Correia, I am the uncle of Kelvin Barros. I speak from my opinion and as his uncle. Kelvin has always been a very respectful and caring young man. The Kelvin that I know would literally give the shirt off his back. I look at Kelvin as if he was my own son and that will never change. Kelvin comes from a very caring and supportive family.

When Kelvin is not at the studio doing what he loves, making music. He spends time with me at my auto body shop. Kelvin helps out with maintenance around the shop and cleaning cars.


Sincerely

Allen Correia

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Mon 6/29/2020 1:42 AM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

Kalvin has always been a positive influence on me and still is.I've always viewed him as a older brother figure.He taught me lessons like to never disrespect your mother cause they will and do everything for you.He always found ways to include me into fun no matter the age difference.Which you don't get out of most people because no one really enjoys company of a little kid.But he did it out of love and the goodness of his heart regardless.He always gave back . Once for Christmas his mom gave him money to get something nice , and even though he denied the offer his mother insisted that he took it.Knowing his mother wouldn't back down he left and it 1-2 hours he came back with presents for his little brother.Toys , shoes and etc . Even though his little brother had enough he still got him things he would enjoy even if it was for him to spend and he still does till this day.He's a generous and a scout to many.Always looking for ways to teach and spend time with family.Our family is proud and Boston is also proud with how far he has come from with his music career , especially me.No matter all the odds against him he has made it to a place where no one was sure he would be. To my family and I , Kalvin will always be a brother , a son , over protective , giving , a shoulder to lean on , someone to be proud of and more than we could ever ask for.
   Sincerely his cousin,
   Tatiana Barros Fonseca
Sent from my iPhone

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Mon 6/29/2020 1:37 AM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

My name is MARIA BARROS, I'm 51 years old, mother of 4, I've been living in this Country for 30 years and today I'm proud to say I'm an America Citizen.
KELVIN BARROS which is my nephew also my God-Son, was born in my hands at BETH ISREAL HOSPITAL Boston, MA he is a child that grew in a very healthy and responsible family. Kelvin's father, Claudino Barros which is my Brother is married to Kelvin's mother, Liliana Correia Barros for over 30 years. Kelvin is a well educated child, with 2 years College Student at National Aviation Academy in Bedford, MA
Today if Kelvin is into music its because my influences, I've been in the music business for over 30 years.
We are all suffering to see one of our family members in this situation, the person who always brings happiness into our family. this is a terrible situation and at around this time the family and I are so worried about his well- being considering the spreading of COVID-19

Sent from my iPhone

**Kelvin Barros**

Aidie Barros <aidieb@hotmail.com>
Sun 6/28/2020 10:06 PM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>
Hello Mrs. Reddington

Hope you and your families are well.

My name is Aidie and I am Kelvin's aunt. I am a 39 year old women with one child. I have been in Kelvin's life since he was born and I love him from the bottom of my heart. Kelvin is a kind big hearted human being that loves his family and friends with his enormous heart. I can't stress enough how much he loves and respects his mother and his entire family. He comes from a great hard working and lovable family.

Kelvin was born and raised in Dorchester which is a very high crime neighborhood (gang, drugs and weapons etc.) not an easy neighborhood to raise your children, especially boys. Living and growing in Dorchester Kelvin deals with traumatic stress and witnessed couple of our family members Including friends and neighbors who has lost their lives to violence. Which is a big toll on him emotionally and physically. Kelvin decided to put his gifted talent towards music and started rapping. He became popular to social media and in his community. We are so proud of him.

In life we make mistakes and we shall learn from our mistakes although we know there are consequences. I believe in chances which he deserves another one. As his lawyer I know you are doing the best of your ability to defend and protect him.

Thank you Kindly
Aidie

Get Outlook for iOS

**Letter for Kelvin Barros**

Marcia Vieira <sayandshiv@gmail.com>
Sun 6/28/2020 5:14 PM
**To:** Kevinreddington@msn.com <Kevinreddington@msn.com>

Kelvin is an amazing person. I remember when we used to have sleepovers and we used to
have the best time ever. He has always talked about making music when we were younger
and he finally made it happen. I know for a fact my cousin is an exceptional young man. He is
a great guy. I know my cousin is capable of wonderful things.


Elezabete Barros
Kelvin's cousin

Sent from my iPhone