UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
20-CR-10197

UNITED STATES OF AMERICA

VS.

KELVIN BARROS

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR FILING OF SUBSTANTIVE MOTIONS (ASSENTED TO)

Now comes the defendant, Kelvin Barros, in the above captioned matter, through counsel who is a sole practitioner, and hereby moves this Court for an order granting him an extension of time for the filing of substantive motions up through and including March 1, 2022.

In support hereof counsel for the defendant states that due to the complexity of this case coupled with his daily workload of other court appearances in the various courts of the Commonwealth he is requesting additional time to adequately prepare and file substantive motions. This motion has been assented to by the government.

                                      Kelvin Barros,

                                      By his attorney

                                      /s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

## CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Kelvin Barros, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 3, 2022.

DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR FILING OF SUBSTANTIVE MOTIONS (ASSENTED TO)

/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186